UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR E. GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br><br>CRAIG ESTEY, *et al*.,<br><br>Defendants. | Case No. 2:21-cv-01105-RFB-EJY<br><br>**ORDER** |

    Before the Court for consideration is the Report and Recommendation [ECF No. 3] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered August 4, 2021.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 18, 2021.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 3] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice as barred by *Heck v. Humphrey*.

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff a copy of instructions pertaining to filing a habeas corpus petition so that, if he so chooses, Plaintiff may commence a new claim under 28 U.S.C. § 2254.

DATED: January 27, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**